**BURRIS, NISENBAUM, CURRY, AND LACY LLP**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
john.burris@johnburrislaw.com

**BURRIS, NISENBAUM, CURRY, AND LACY LLP**
DEWITT M. LACY, Esq. (SBN 258789)
JULIA N. QUESADA, Esq. (SBN 337872)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (844) 273-6873
dewitt@bncllaw.com
julia.quesada@bncllaw.com

Attorneys for Plaintiffs,
Norman Gainer, Sharon Haywood
Rebecca Gainer, and William Roper


Christopher P. Wesierski [Bar No. 086736]
   *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
   *mprescott@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517


Attorneys for Defendant, COUNTY OF SAN BERNARDINO and ALL DEPUTY DEFENDANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORMAN GAINER, et al.<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, BRANDON CLANCY, WYATT EISENBREY<br><br>Defendant. | Case No. 5:24-cv-01438-SRM-SPx<br><br>(*District Judge Hon. Serena R. Murillo; Magistrate Judge Hon. Sheri Pym*)<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>*Filed Concurrently with Proposed Order*<br><br>Trial Date:      July 2, 2026 |

Plaintiffs Norman Gainer et al., individually and as surviving heir and successors in interest of Ryan Gainer ("Plaintiff") and Defendants County of San Bernardino, and all individual named Deputy Defendants ("Defendants") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate to the following:

WHEREAS, the First Amended Complaint was filed in this case on January 14, 2025;

WHEREAS, the Joint Rule 26(f) Report was filed on June 12, 2025;

WHEREAS, the Scheduling Order was entered on June 13, 2025, setting the fact discovery cutoff date for November 27, 2025, the initial expert disclosure date for December 4, 2025, the rebuttal expert disclosure date for December 18, 2025, and the expert discovery cutoff date for January 2, 2026;

WHEREAS, the parties have diligently worked to engage in good-faith discovery, in the form of written discovery, including serving multiple supplemental disclosures, and propounding and responding to requests for production of documents and interrogatories;

1  WHEREAS, to date, four (4) deputy defendants have been deposed and fifth
2  deputy defendant deposition is set to commence on November 12, 2025;

3  WHEREAS, three (3) civilian witness depositions were noticed and set to
4  commence on November 12, 2025 at 2:00 p.m., and November 13, 2025 at 1:00
5  p.m. and 4:00 p.m., respectively;

6  WHEREAS, the Parties are working to schedule the depositions of the
7  remaining Deputy Defendants, the County Medical Examiner and other fact
8  witnesses, on mutually agreed upon dates and times;

9  WHEREAS the Parties are working to reschedule the depositions of Plaintiffs
10 on mutually agreed upon dates and times;

11 WHEREAS in the Parties' meet and confer efforts to schedule depositions, it
12 appears that based on the witnesses', Parties', and counsels' respective calendar
13 conflicts, finding workable dates to complete all of the needed depositions is
14 impossible with the current fact/non-expert discovery cut-off;

15 WHEREAS the Parties thereby need additional time to get pertinent
16 discovery done in this case;

17 WHEREAS this is the Parties' second request for any continuance of any case
18 management deadlines in this action and is made without prejudice to the Parties
19 seeking further continuance upon a showing of good cause;

20 WHEREAS to facilitate the interests of all parties to this action, by and
21 through their counsel of record, the Parties hereby Stipulate that **Good Cause exists**
22 for the brief additional continuance requested herein;

23 WHEREAS, the Parties stipulate and request a 60-day extension on the fact
24 discovery and expert discovery cut-offs as follows, to the following new dates:
25 ///
26 ///
27 ///
28

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

| Case Management Event: | Current-Operative Date-Deadline: | Proposed New Date-Deadline: |
|---|---|---|
| Jury Trial | June 2, 2026 | **No Change** |
| Final Pretrial Conference & Hearing on Motions *in Limine* | May 14, 2026 | **No Change** |
| Fact Discovery Cut-Off | November 27, 2025 | **January 29, 2026** |
| Expert Disclosure (Initial) | December 4, 2025 | **February 5, 2026** |
| Expert Disclosure (Rebuttal) | December 18, 2025 | **February 19, 2026** |
| Expert Discovery Cut-Off | January 2, 2026 | **March 5, 2026** |
| Last Day to **Hear** Motions **[Thursday]** | February 19, 2026 | **March 23, 2026** |
| Deadline to Complete Settlement Conference [L.R. 16-15] | March 5, 2026 | **April 13, 2026** |
| Trial Filings (First Round)<br>- Motions *in Limine*<br>- Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>- Witness Lists [L.R. 16-5]<br>- Joint Exhibit List [L.R. 16-6.1]<br>- Joint Status Report Regarding Settlement | April 17, 2026 | **No Change** |
| Trial Filings (Second Round)<br>- Oppositions to Motions *in Limine*<br>- Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>- Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>- Disputed Proposed Jury Instructions (jury trial only)<br>- Joint Proposed Verdict Forms (jury trial only)<br>- Joint Proposed Statement of the Case (jury trial only)<br>- Proposed Voir Dire Questions, if any (jury trial only) | May 1, 2026 | **No Change** |

WHEREAS, the requested extension of fact and expert expert discovery will not affect the remaining dates and deadlines, including the pre-trial conference (currently set for May 14, 2025) or the trial date (currently set for June 2, 2026);

**IT IS SO STIPULATED.**

///

///

///

1 | DATED: November 11, 2025     **BURRIS, NISENBAUM, CURRY &LACY**

 

By: _____/s/_____
JOHN L. BURRIS
DeWITT M. LACY
JULIA N. QUESADA

Attorneys for Plaintiffs,
Norman Gainer, Sharon Haywood,
Rebecca Gainer, and William Roper

DATED:  November 11, 2025     WESIERSKI & ZUREK LLP

By: _____/s/_____
CHRISTOPHER P. WESIERSKI
KRISTEN R. RODRIGUEZ
Attorneys for Defendant, COUNTY OF SAN BERNARDINO and ALL DEPUTY DEFENDANTS

# ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 11, 2025

By:    /s/
KRISTEN R. RODRIGUEZ
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and ALL DEPUTY DEFENDANTS

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

6
4918-2095-4745.1 SBD-00027
JOINT STIPULATION TO MODIFY SCHEDULING ORDER